IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 15-00273-01-CR-W-RK |
| ) | |
| CHARLES E. WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is defendant's Motion to Suppress (doc. 26). Defendant seeks to suppress all evidence obtained during his arrest and subsequent search conducted on August 7, 2015, due to alleged Fourth Amendment violations. United States Magistrate Judge Robert E. Larsen conducted an evidentiary hearing on defendant's Motion to Suppress on May 19, 2016.

On July 27, 2016, Judge Larsen issued his Report and Recommendation (doc. 38). No objections have been filed to the Report and Recommendation.

Upon careful and independent review of the pending Motion to Suppress, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Robert E. Larsen.

Accordingly, it is hereby ORDERED that defendant's Motion to Suppress Evidence (doc. 26) is DENIED.

SO ORDERED.

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: August 12, 2016