IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 15-00273-01-CR-W-RK |
| | ) | |
| CHARLES E. WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Defendant's Motion to Suppress. (Doc. 26.) Defendant seeks to suppress all evidence obtained during Defendant's arrest and subsequent search conducted on August 7, 2015. United States Magistrate Judge Robert E. Larsen conducted an evidentiary hearing on Defendant's Motion to Suppress on May 19, 2016.

On July 27, 2016, Judge Larsen issued his Report and Recommendation. (Doc. 38.) On November 16, 2016, the Defendant filed his Objections to the Report and Recommendation. (Doc. 47.)

Upon careful and independent review of the pending Motion to Suppress and Suggestions in Support, the Government's Response to Defendant's Motion to Suppress (doc. 29), and Defendant's Objections to the Report and Recommendation, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Robert E. Larsen.

Accordingly, it is hereby ORDERED that Defendant's Motion to Suppress Evidence (Doc. 26) is DENIED.

SO ORDERED.

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: November 18, 2016